1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.office@rohlfinglaw.com
   Attorneys for Plaintiff
5  ALPHONSO JOE FRIAS

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | ALPHONSO JOE FRIAS | ) | Case No.: 1:14-cv-00835-GSA |
   | Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER** |
12 | v. | ) | |
13 | CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) | (ECF No. 12) |
14 | Defendant. | ) | |

17

18     Plaintiff Alphonso Joe Frias and Defendant Carolyn W. Colvin, Acting

19 Commissioner of Social Security, through their undersigned attorneys, stipulate,

20 subject to this court's approval, to extend the time by 28 days from February 6,

21 2015 to March 4, 2015 for Plaintiff to file a opening brief, with all other dates in

22 the Court's Order Concerning Review Of Social Security Cases extended

23 accordingly. This is Plaintiff's first request for an extension.

24 ///

25

26

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 6, 2015  Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff Mr. Alphonso Joe Frias

DATE:  February 6, 2015  BENJAMIN B. WAGNER
United States Attorney

BY: /s/ *Jeffrey T. Chen*
_____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

**Order**

Based on the stipulation between the parties (ECF No. 12), the Court grants an extension of time for Plaintiff to file his Opening Brief. Plaintiff shall file his Opening Brief on or before March 4, 2015. Defendant shall file any opposition brief on or before April 3, 2015 and Plaintiff may file any reply brief on or before April 20, 2015.

IT IS SO ORDERED.

Dated:  **February 9, 2015**          **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE