Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Alphonso Joe Frias

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ALPHONSO JOE FRIAS, | Case No.: 1:14-cv-00835-GSA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | (ECF No. 14) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the parties' stipulation of dismissal (ECF No. 14), the above captioned matter is dismissed with prejudice pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each party shall bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

_____

IT IS SO ORDERED.

Dated: **February 13, 2015**         /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE